Todd C. Tucci (ID Bar # 6526)*
Sarah Stellberg (ID Bar # 10538)*
Andrew Hursh (MT Bar # 68127109)*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83702
Telephone: (208) 342-7024
ttucci@advocateswest.org
sstellberg@advocateswest.org
ahursh@advocateswest.org

Nathaniel H. Hunt (CO Bar # 49249)*
Samantha R. Caravello (CO Bar # 48793)*
KAPLAN KIRSCH LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
nhunt@kaplankirsch.com
scaravello@kaplankirsch.com

Stephen H.M. Bloch (# 7813)
Michelle White (# 16985)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
steve@suwa.org
michellew@suwa.org

*Attorneys for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR, et al.,<br><br>    Defendants,<br><br>v.<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, CONSERVATION LANDS FOUNDATION, and THE WILDERNESS SOCIETY,<br><br>    Proposed Defendants-Intervenors. | Case No. 2:24-cv-00665-DBB-DAO<br><br>**SUWA GROUPS' [PROPOSED] RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>Judge David Barlow<br>Magistrate Judge Daphne Oberg |

Pursuant to DUCivR 7-4(b)(2), Defendant-Intervenors Southern Utah Wilderness Alliance ("the SUWA Groups") *et al.* submit this response to Plaintiffs State of Utah *et al.*'s Complaint (Dkt. No. 1). Federal Defendants' decision and agency action finalizing the Conservation and Landscape Health Rule ("Public Lands Rule") is supported by substantial evidence and is not arbitrary and capricious. Therefore, the Court should uphold the Public Lands Rule in its entirety.

Additionally, the SUWA Groups raise the following affirmative defense:

1. Plaintiffs fail to state a claim upon which relief may be granted.

2. Plaintiffs lack standing to bring some or all of its claims.

3. Plaintiffs have failed to properly establish subject matter jurisdiction.

4. Plaintiffs have failed to demonstrate that some or all of its claims are ripe for judicial review.

5. Some or all of Plaintiffs' action are barred due to its failure to exhaust administrative remedies.

6. SUWA Groups reserve the right to amend this Response as additional information permits assertion of additional defenses.

Respectfully submitted September 20, 2024.

Todd C. Tucci (ID Bar # 6526)*
Sarah Stellberg (ID Bar # 10538)*
Andrew Hursh (MT Bar # 68127109)*
ADVOCATES FOR THE WEST

Nathaniel H. Hunt (CO Bar # 49249)*
Samantha R. Caravello (CO Bar # 48793)*
KAPLAN KIRSCH LLP

/s/ Stephen Bloch
Stephen H.M. Bloch (# 7813)
Michelle White (Utah Bar # 16985)
SOUTHERN UTAH WILDERNESS ALLIANCE

*Pro hac vice applications pending*

*Attorneys for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society*

2