IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| American Farm Bureau Federation et al, | |
| Plaintiffs, | ORDER OF RECUSAL |
| vs. | |
| United States Department of the Interior et al, | Case No. 2:24-cv-00665-RJS-CMR |
| Defendants. | |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this _2nd_ day of October, 2024.

BY THE COURT:

_____
Robert J. Shelby
United States District Judge