THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants, <br><br> and, <br><br> SOURTHERN UTAH WILDERNESS ALLIANCE, et al., <br><br> Defendant-Intervenors. | **ORDER GRANTING [77] MOTION TO STAY AND DENYING [72] MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** <br><br> Case No. 2:24-cv-00665-DBB-DAO <br><br> District Judge David Barlow |

Before the court is the Defendants' Unopposed Motion for Stay.[1] Based upon the briefing and for good cause appearing, the court hereby GRANTS the Motion for Stay and ORDERS that the parties submit a status report indicating how the parties intend to move forward on April 1, 2025.

Given the stay, all pending motions are administratively denied without prejudice.[2] The parties are granted leave to refile the pending motions within 30 days after the lift of the stay.

---

[1] ECF No. 77.
[2] ECF No. 72.

1

Signed February 3, 2025.

BY THE COURT

_____
David Barlow
United States District Judge