ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

LUTHER L. HAJEK
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | Case No. 2:24-cv-665-DBB-DAO |
| Plaintiffs, | Honorable David Barlow |
| v. | **JOINT STATUS REPORT** |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, and SAN JUAN CITIZENS ALLIANCE, *et al.*, | |
| Defendant-Intervenors. | |

Defendants U.S. Department of the Interior *et al.*, Plaintiffs American Farm Bureau Federation *et al.*, and Defendant-Intervenors Southern Utah Wilderness Alliance *et al.* and San Juan Citizens Alliance, *et al*. respectfully submit this joint status report in response to the Court's

April 2, 2025 Order, ECF No. 81. Defendants request that the stay be extended by an additional sixty days to allow new administration officials to continue to evaluate the litigation and determine how they wish to proceed. No party opposes this request.

This case challenges the Conservation and Landscape Health Rule, 89 Fed. Reg. 40,308 (May 9, 2024) ("Public Lands Rule"). Plaintiffs allege that the U.S. Bureau of Land Management ("BLM") violated the Federal Land Policy and Management Act, Administrative Procedure Act, National Environmental Policy Act, and Congressional Review Act in promulgating the rule. *See* Compl., ECF No. 1. Plaintiffs filed an opening merits brief pursuant to District of Utah Local Civil Rule 7-4(c) on December 12, 2024, *see* ECF No. 69, and Defendants filed their merits brief on January 17, 2025. *See* ECF No. 76. At Defendants' request, further briefing has been stayed. *See* April 2, 2025 Order.

Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

Due to the recent change in administration on January 20, 2025, there is new leadership at the Department of the Interior. Those new officials are in the process of familiarizing themselves with the Public Lands Rule and the litigation regarding the rule. In addition, Secretary's Order 3418 directs Department of the Interior staff to review certain previously

issued rules, including the Public Lands Rule, and take steps, as appropriate, to suspend, revise, or rescind such rules. *See* Secretary's Order No. 3418 § 4.b., available at:

https://www.doi.gov/document-library/secretary-order/so-3418-unleashing-american-energy (last visited Mar. 20, 2025). To allow time for the Department of the Interior to conduct that review process, the government respectfully requests that the Court stay these proceedings for sixty days. At the end of the sixty day period, the parties will file a status report indicating how the parties intend to proceed.

A proposed order is attached hereto.

Respectfully submitted this 2nd day of June 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th St.
South Terrace – Suite 370
Denver, CO 80202
Tel: 303-844-1376 / Fax: 303-844-1350
luke.hajek@usdoj.gov

*Attorneys for Defendants*

*/s/ Brady Brammer*
Brady Brammer (#13411)
BRAMMER RANCK, LLP
3300 N. Triumph Blvd., Suite 100
Lehi, Utah 84043
Telephone: (801) 893-3951
Email: bbrammer@brfirm.com

*Attorney for Plaintiffs*

/s/ Sarah Stellberg
Todd C. Tucci (ID Bar # 6526)*
Sarah Stellberg (ID Bar # 10538)*
Andrew Hursh (MT Bar # 68127109)*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83702
Telephone: (208) 342-7024
ttucci@advocateswest.org
sstellberg@advocateswest.org
ahursh@advocateswest.org

Nathaniel H. Hunt (CO Bar # 49249)*
Samantha R. Caravello (CO Bar # 48793)*
KAPLAN KIRSCH LLP
1675 Broadway, Suite 2300
Denver, CO 80202
Telephone: (303) 825-7000
nhunt@kaplankirsch.com
scaravello@kaplankirsch.com

Stephen H.M. Bloch (# 7813)
Michelle White (# 16985)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
michellew@suwa.org

*Attorneys for Proposed Defendant-Intervenors Southern Utah Wilderness Alliance, Conservation Lands Foundation, and The Wilderness Society*

/s/ Barbara Chillcott
Barbara Chillcott (MT Bar No. 8078) *
WESTERN ENVIRONMENTAL LAW CENTER
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
chillcott@westernlaw.org

David Woodsmall (OR Bar No. 240631) *
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Blvd., Suite 340
Eugene, OR 97401

4

(971) 285-3632
woodsmall@westernlaw.org

Oliver Wood (UT Bar No. 17474)
OLIVER WOOD LAW, PLLC
PO Box 581312
Salt Lake City, UT 84158
(206) 351-5320
ofinnwood@gmail.com

*Attorneys for Defendant-Intervenors San Juan Citizens Alliance, Badlands Conservation Alliance, Center for Biological Diversity, Citizens for a Healthy Community, Diné Citizens Against Ruining Our Environment, Sierra Club, and WildEarth Guardians*

*\*Admitted pro hac vice*