IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*, | Case No. 2:24-cv-665-DBB-DAO |
| Plaintiffs, | Honorable David Barlow<br>Magistrate Judge Daphne A. Oberg |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.*, | **[PROPOSED] ORDER CONTINUING STAY** |
| Defendants, | |
| and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, and SAN JUAN CITIZENS ALLIANCE, *et al.*, | |
| Defendant-Intervenors. | |

This case is currently stayed to avoid the waste of resources that would be incurred in proceeding with litigation while the Defendants are actively reconsidering the challenged rule. As directed by the Court, on June 2, 2025, Defendants requested that the Court continue the stay for an additional sixty days. No parties oppose the Defendants' request to continue the stay. For good cause shown, the case shall remain stayed for sixty days from the date of this order. At the end of the sixty-day period, the parties shall file a status report advising whether a continued stay is warranted or if litigation deadlines should be reinstated, in which case the parties shall propose a revised litigation schedule.

      IT IS SO ORDERED.

      DATED this ____ day of _____, 2025.

                                                           _____

David Barlow
United States District Judge

1