THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>Defendant-Intervenors. | **ORDER CONTINUING STAY**<br><br>Civil No. 2:24-cv-00665-DBB-DAO<br><br>Judge David Barlow |

On February 3, 2025, the court stayed this case.[1] The court continued the stay on April 2, 2025, and ordered the parties to submit a status report within sixty days.[2] The parties submitted a Joint Status Report in accordance with the court order.[3] In the Joint Status Report, the parties request an additional sixty days to evaluate the case and determine how they wish to proceed.[4]

Based on the Joint Status Report and for good cause appearing, the court hereby orders that the case shall remain stayed until August 4, 2025. The parties are ordered to submit a status report on August 4, 2025.

---

[1] ECF No. 79.
[2] ECF No. 81.
[3] ECF No. 83.
[4] *Id.*

Signed June 3, 2025.

BY THE COURT:

_____
David Barlow
United States District Court Judge